In re TERMINAL STATION COMMISSION OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) In the matter of the application of the Terminal Station Commission of the City of Buffalo for the appointment of two commissioners to fill the vacancies caused by the deaths of Robert R. Hefford and Spencer Clinton, former commissioners of said commission.

Appeal dismissed, without costs, upon stipulation filed..